## 36837. LONG v. GOBLE.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED NOVEMBER 14, 1980 — DECIDED DECEMBER 2, 1980.

*Reginald C. Haupt, Jr.,* for appellant.
*Bobby Hill,* for appellee.

## 36752. CARTER v. CARTER.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED OCTOBER 3, 1980 — DECIDED NOVEMBER 25, 1980.

*J. Laddie Boatright,* for appellant.
*Preston & Preston, Robert H. Preston, George L. Hoyt,* for appellee.